Before: Robert M. Clayton III, C.J., Gary M. Gaertner, Jr., J., and Mike Greenwell, S.J.

### *ORDER*

Before ROBERT M. CLAYTON III, C.J., GARY M. GAERTNER, JR., J., and MIKE GREENWELL, S.J.

### *ORDER*

PER CURIAM.

Antonio Turner appeals the denial of his motion for post-conviction relief under Mo. R.Crim. P. 29.15 (2013). We have reviewed the briefs of the parties and the record on appeal, and we conclude an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2013).

Antonio TURNER, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 99991.

Missouri Court of Appeals,
Eastern District,
Divison Five.

May 6, 2014.

Timothy Forneris, St. Louis, MO, for appellant.

Chris Koster, Richard A. Starnes, Jefferson City, MO, for respondent.